**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 FEB 27 PM 2: 52

OFFICE OF THE CLERK

| | |
|---|---|
| IN THE MATTER OF THE ) | Case No. 4:06cv 3038 |
| CONSERVATORSHIP FOR ) | |
| JEFFERY MARKSMEIER. ) | Cuming County Court |
| ) | Case No. PR 01-22 |
| ) | |
| ) | **NOTICE OF REMOVAL** |
| ) | |
| ) | |

Koch Industries, Inc., as Plan Administrator on behalf of the Koch Industries Employee Group Benefit Trust ("the Plan"), by and through counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, removes this action to the United States District Court for the District of Nebraska, from the County Court of Cuming County, Nebraska. The grounds for removal are:

1.     On or about January 25, 2006, the co-conservators of Jeffery J. Marksmeier filed an Application for Release of Restriction on Accounts and Determination of Interests in Settlement Proceeds (the "Application") in the County Court of Cuming County, Nebraska, in a case styled *In the Matter of the Conservatorship for Jeffery J. Marksmeier*, Case No. PR 01-22 (hereinafter "the Action"). The Action is now pending before that Court.

2.     The Application and the relief sought therein is governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.*

3.     The Action is one in which the United States District Court has original jurisdiction under 28 U.S.C. § 1331, in that this case arises under and pursuant to the laws of the United States.

4.     The Action is also one in which the United States District Court has original jurisdiction under 28 U.S.C. § 1332, in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Jeffery J. Marksmeier was at all times hereto a minor child and a resident of Cuming County, Nebraska.

6. Koch Industries, Inc. was at all times hereto the Plan Administrator on behalf of the Plan and a Kansas Corporation with its principal place of business in Wichita, Kansas.

7. The matter in controversy, exclusive of interest and costs, is One Hundred Thirty Five Thousand Five Hundred Twenty Nine Dollars and Forty One Cents ($135,529.41), which is greater than the sum or value of $75,000.00.

8. The Application was filed in the Action on January 25, 2006.

9. The Application was served on Koch Industries, Inc., as Plan Administrator on behalf of the Plan, via certified mail on February 2, 2006.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after the receipt of Koch Industries, Inc., as Plan Administrator on behalf of the Plan, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief and/or determination of interests in settlement proceeds against the Plan.

11. Copies of all pleadings, process, and orders served upon Koch Industries, Inc., as Plan Administrator on behalf of the Plan, in the Action are attached as Exhibit 1 in accordance with 28 U.S.C. § 1446(a).

12. Promptly upon filing this Notice of Removal, Koch Industries, Inc., as Plan Administrator on behalf of the Plan, shall give notice in writing thereof to the co-conservators of Jeffery Marksmeier and shall file a copy of this Notice of Removal with the Clerk of the County Court of Cuming County, Nebraska.

2

WHEREFORE, Koch Industries, Inc., as Plan Administrator on behalf of the Plan, respectfully requests that the case styled *In the Matter of the Conservatorship for Jeffery J. Marksmeier*, Case No. PR 01-22, be removed from the County Court of Cuming County, Nebraska, to this Court.

DATED this 27th day of February, 2006.

> KOCH INDUSTRIES, INC. as PLAN ADMINISTRATOR ON BEHALF OF THE KOCH INDUSTRIES EMPLOYEE GROUP BENEFIT TRUST,
>
> BY:  HARDING, SHULTZ & DOWNS and
>         TIM ENGLER – 15940
>         ADAM J. PROCHASKA – 22307
>         800 Lincoln Square
>         121 S. 13th Street
>         P.O. Box 82028
>         Lincoln, Nebraska 68501-2028
>         (402) 434-3000
>
> BY:  _____
>         One of Said Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2006, the foregoing was served upon the following individuals via hand delivery:

> Daniel P. Bracht
> Law Offices of Daniel P. Bracht
> 127 E. Walnut Street, P.O. Box 252
> West Point, NE 68788
>
> _____
> One of Said Attorneys

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
02/02/2006
Log Number 510894651

**TO:**  Jody Marvin
Koch Industries, Inc.
4111 East 37th North
Wichita, KS, 67220-

**RE:**  **Process Served in Kansas**

**FOR:**  Koch Industries, Inc. (Domestic State: KS)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | In the Matter of the Conservatorship for Jeffery J. Marksmeier vs. To: Koch Industries, Inc. |
| **DOCUMENT(S) SERVED:** | Application for Release of Restriction on Accounts and Determination of Interests in Settlement Proceeds; Order for Hearing |
| **COURT/AGENCY:** | Cuming County District Court, Nebraska, NE<br>Case # PR 01-22 |
| **NATURE OF ACTION:** | Determination of settlement funds; releasing restrictions |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/02/2006 postmarked on 01/31/2006 |
| **APPEARANCE OR ANSWER DUE:** | within 10 days; hearing on March 1, 2006 at 11:30 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Daniel P. Bracht, P.C., L.L.O.<br>127 E. Walnut<br>P.O. Box 252<br>West Point, NE, 68788 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790308921135<br>Image SOP - Page(s): 8<br>Email Notification, Jody Marvin MARVINJ@KOCHIND.COM<br>Email Notification, Teresa Shaad shaadt@kochind.com<br>Email Notification, Pam Carter carter2p@kochind.com<br>Email Notification, Jane Seely seelyj@kochind.com |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Company, Inc.<br>515 South Kansas Avenue<br>Topeka, KS, 66603 |
| **TELEPHONE:** | 785-233-0593 |

**EXHIBIT**

tabbies®

**1**

Page 1 of  1 / DG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

Doc. No.     7345

IN THE COUNTY COURT OF Cuming COUNTY, NEBRASKA
200 So. Lincoln, Room 103
West Point          NE 68788

COVER SHEET

In the Estate of Jeffrey J Marksmeier, Protected person     Case ID: PR 01     22

TO:

Please serve the attached document on the following party:

Koch Industries, Inc
Attn: Reg. Agent, The Corp. Co. Inc
515 South Kansas Ave
Topeka          KS 66603 0000

Method of Service: Certified Mail

These special instructions have been added.

Please serve the attached Application for Release of Restriction on
Accounts and Determination of Interests in Settlement Proceeds and the
Order for Hearing relating thereto



## IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE<br>CONSERVATORSHIP FOR | )<br>)<br>) | No. PR 01-22 |
|  | )<br>) | APPLICATION FOR RELEASE OF<br>RESTRICTION ON ACCOUNTS AND |
| JEFFERY J. MARKSMEIER,<br>a child under nineteen years of age. | )<br>)<br>) | DETERMINATION OF INTERESTS IN<br>SETTLEMENT PROCEEDS |

COMES NOW, the Co-conservators, Beth Zoubek, formerly known as Beth Boston, and Harlan Boston, and state:

1.    The undersigned are the duly appointed Co-conservators of Jeffery J. Marksmeier, a minor child and protected person herein ("Jeffery").

2.    On or about April 20, 1999, Jeffery was severely burned in a fire occurring on real estate owned by Karen Marx. The severe burns have required surgery and a substantial amount of therapy and recovery time. Jeffery has been permanently disfigured with scarring on his face, neck, back, arms and chest areas of his body.

3.    Jeffery, by and through his attorney, Daniel P. Bracht, has pursued his personal injury claims against Marx arising out of her ownership of the property where the burning incident occurred.

4.    The Co-conservators, by and through Jeffery J. Marksmeier's attorney, Daniel P. Bracht, negotiated a settlement of Jeffery's potential claims against Marx and that settlement was approved by this court.

5.    Certain subrogation and reimbursement claims of Koch Industries, Inc. in and to a portion of the settlement proceeds paid by Marx were to be resolved at a later date.

6.    Jeffery is now of legal age. The Co-Conservators and Jeffery desire to deny and eliminate any claim of Koch Industries, Inc. in and to the settlement proceeds and to release the

FILED<br>CUMING COUNTY, NE

JAN 2 5 2006

SANDY MEYER<br>CLERK OF COUNTY COURT

restrictions on the payment of funds for Jeffery's benefit contained in previous orders of this court.

WHEREFORE, the Co-conservators pray for an order of this Court:

i)      determining that the Marx settlement funds held by the Co-conservators are not

subject to any claim by Koch Industries;

ii)     releasing the restrictions on the bank accounts held by the Co-Conservators and

authorizing the Co-Conservators to pay such amounts from the funds held to or for

the benefit of Jeffery as they deem appropriate, provided they continue to account for

all expenditures; and

iii)    for such other relief as may be appropriate.

Dated: December 29, 2005.

_____
Beth Zoubek, f/k/a Beth Boston, Co-conservator

_____
Harlan Boston, Co-conservator

### Consent

The undersigned, Jeffery Marksmeier, the ward in this proceeding, hereby consents to the relief requested by the Co-Conservators herein and waives any and all requirements for future notice of hearings and service of process herein and voluntarily enters his appearance herein.

_____
Jeffery Marksmeier

The undersigned, James Marksmeier, the biological father of the ward in this proceeding, hereby consents to the relief requested by the Co-Conservators herein and waives any and all requirements for future notice, of hearings and service of process herein and voluntarily enters his appearance herein.

_____
James Marksmeier

FILED
CUMING COUNTY, NE

JAN 2 5 2006

SANDY MEYER
CLERK OF COUNTY COURT

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | ORDER FOR HEARING |
| JEFFERY J. MARKSMEIER, | ) | |
| a child under nineteen years of age. | ) | |
| | ) | |

Upon consideration of the filing of an Application for Release of Restriction on Accounts and Determination of Interests in Settlement Proceeds by the Co-Conservators in the above-captioned matter seeking the relief set forth therein (the "Applications"), the Court finds that certain preliminary matters must be acted upon at this time.

IT IS THEREFORE ORDERED that:

1.     A hearing should be held on the Application filed herein.

2.     The Application will come on for hearing on March 1, 2006 at 11:30 a.m., in the County Court of Cuming County in the Courtroom on the third floor of the Cuming County Courthouse, 200 South Lincoln Street, in West Point, Nebraska, or as soon thereafter as the parties may be heard.

3.     The Court finds that all interested parties, except Koch Industries, Inc., have signed the Application or Consents to the relief requested in the Application, and have waived any and all requirements for future notice of hearings and service of process herein and voluntarily entered their appearance herein.   Therefore, for good cause shown i) published notice in connection with the Application is waived, and ii) the requirement of sending written notice of the hearing on the Application is waived, except for Koch Industries, Inc.

4.     The Co-Conservators shall serve Koch Industries, Inc. with the Application and this Order for Hearing as provided by law.

FILED
CUMING COUNTY, NE

JAN 2 5 2006

SANDY MEYER
CLERK OF COUNTY COURT

Dated: 1/25/06

BY THE COURT:

~~County Judge~~ Clerk Mag

[Seal: COUNTY COURT CUMING COUNTY, NE — Seal]

**PREPARED AND SUBMITTED BY:**

Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht
127 E. Walnut Street, P.O. Box 252
West Point, NE 68788
(402) 372-5500

FILED
CUMING COUNTY, NE

JAN 2 5 2006

SANDY MEYER
CLERK OF COUNTY COURT

Doc. No.    7345

IN THE COUNTY COURT OF Cuming COUNTY, NEBRASKA
200 So. Lincoln, Room 103
West Point          NE 68788

COVER SHEET

In the Estate of Jeffrey J Marksmeier, Protected person

Case ID: PR 01     22

TO:

Please serve the attached document on the following party:

Koch Industries, Inc
Attn: Reg. Agent, The Corp. Co. Inc
515 South Kansas Ave
Topeka          KS 66603 0000

Method of Service: Certified Mail

These special instructions have been added.

Please serve the attached Application for Release of Restriction on
Accounts and Determination of Interests in Settlement Proceeds and the
Order for Hearing relating thereto

# RETURN

Received this Summons and copy of the petition on _____, 20 __, at _____o'clock
_____.m. I hereby certify that on the _____ day of _____, 20 __, I served the within Summons
and copy of the petition on _____
by _____
at_____o'clock_____.m.at_____
(address)
a true and certified copy thereof with all the endorsements thereon, in the county aforesaid.


Service and return    $_____
Copy                        _____
Mileage ___ miles        _____
_____       $_____
    TOTAL

Date: _____   □ Sheriff:_____   □ Authorized Person:_____

(The person serving the summons, other than by certified mail, shall make proof of service to the Court stating
the time, place, including the address if applicable, name of the person with whom the summons was left, and
method of service, or return the unserved summons to the Court with a statement of the reason for the failure to
serve.)

(When service is by certified mail, the plaintiff or plaintiff's attorney shall file proof of service within 10 days after
return of the signed receipt.)

## CERTIFIED MAIL
## PROOF OF SERVICE BY AFFIDAVIT

STATE OF NEBRASKA
_____ COUNTY

   A copy of this summons, with a copy of the petition attached, was mailed by certified mail, return receipt
requested showing to whom and where delivered and the date of delivery to defendant:_____
_____ at the
following address:_____ on
_____, 20___, which was within ten days of issuance as required by Nebraska
Statute.
   The return receipt was signed on _____, 20___ (signed return receipt attached); all
done pursuant to the Nebraska Revised Statutes.


_____
Attorney for:_____
Subscribed and sworn before me _____, 20 _____

_____
Notary Public


POSTAGE: _____

## IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE ) | NO. PR 01-22 |
| CONSERVATORSHIP FOR ) | |
| ) | **PRAECIPE** |
| ) | |
| JEFFREY J. MARKSMEIER, ) | |
| a child under nineteen years of age. ) | |

    TO:   Clerk of the Cuming County Court.

    Please issue a summons for service of the Application for Release of Restriction on Accounts

and Determination of Interests in Settlement Proceeds, and the Order for Hearing relating thereto,

to Koch Industries, Inc., by certified mail service upon its registered agent at the following address:

The Corporation Company, Inc.
515 South Kansas Avenue
Topeka, KS 66603-0000

    When the summons for service is complete, please call the undersigned for service of same.

Jeffrey J. Marksmeier

By: _Daniel P. Bracht_

    Daniel P. Bracht, #19501
    Law Offices of Daniel P. Bracht, P.C., LLO
    127 E Walnut Street
    P.O. Box 252
    West Point, NE  68788
    (402) 372-5500



FILED
CUMING COUNTY, NE

JAN 2 5 2006

SANDY MEYER
CLERK OF COUNTY COURT

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | ORDER APPROVING |
| | ) | APPLICATION FOR ORDER |
| JEFFERY J. MARKSMEIER, | ) | ALLOWING WITHDRAWAL OF FUNDS |
| a child under nineteen years of age. | ) | |

This matter came on for hearing on August 10, 2005, on the Application for Order Allowing Withdrawal of Funds by the Co-conservators (the "Applications"). Daniel P. Bracht appeared on behalf of Jeffery Marksmeier and Co-conservators. There were no other appearances. Upon consideration of the Application, evidence and the court file in this matter, the Court finds as follows:

    1.    Beth Boston and Harlan Boston are the duly appointed and acting Co-conservators for the minor child, Jeffery Marksmeier.

    2.    That the notice of the hearing on the Application was sent to all interest parties.

    3.    The relief requested in the Application is in all respects appropriate and in the best interest of the protected person, Jeffery J. Marksmeier, and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    i)    the Co-conservators are hereby authorized to direct Daniel P. Bracht to make payment of the amounts set forth and described in the Application from funds held by Daniel P. Bracht in trust to the extent such funds are sufficient to cover such debts, and to return any excess funds held in trust to the Co-conservators for deposit into the ward's Account No. 16342.00 at the Nebraska Energy Federal Credit Union.

    ii)    the Co-conservators are hereby authorized to withdraw from Account No. 16342.00 at the Nebraska Energy Federal Credit Union the amounts necessary to pay the

FILED
CUMING COUNTY NE

AUG 1 7 2005

SANDY MEYER
CLERK OF COUNTY COURT

ward's ongoing monthly charges received from the Nebraska Department of Health

and Human Services for DDD Community Based Services provided to the ward, not

to exceed $1,000.00 per month.

Dated this 17th day of August, 2005.

BY THE COURT

County Judge

PREPARED AND SUBMITTED BY:
Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht
127 E Walnut St, P.O. Box 252
West Point, NE 68788
(402) 372-5500

FILED
CUMING COUNTY, NE

AUG 1 7 2005

SANDY MEYER
CLERK OF COUNTY COURT

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | APPLICATION FOR ORDER ALLOWING |
| JEFFERY MARKSMEIER. | ) | WITHDRAWAL OF FUNDS |

COMES NOW the co-conservators duly appointed herein, and make application for an order of this court allowing them to direct the release of funds owned by the ward and currently held in the trust account of Daniel P. Bracht, in the amount of $5,000.00, and from other funds of the ward in order to pay certain recurring obligations and other amounts owed by the ward as follows: i) pay state and federal taxes for the ward, ii) pay fines and restitution costs of the ward, iii) pay attorney fees of the ward to Daniel P. Bracht relating to the representation of the ward in certain criminal matters in Cuming County, Nebraska, and iv) to pay recurring monthly charges to Nebraska Health and Human Services for living assistance services provided to the ward.

In support of said application, the undersigned state as follows:

1.      By order of this Court, $5,000.00 was paid over and held in the trust account of Daniel P. Bracht. The amount was to be used to retain, consult with and pay for expert witness fees and expenses in the litigation pending in the District Court of Cuming County, Nebraska found at Case No. CI 03-42 and captioned "Jeffery J. Marksmeier, Beth Boston, and Harlan Boston, Plaintiffs, vs. McGregor Corporation, a corporation, now known as McGregor II, L.L.C., a Delaware limited liability company; Standard Knitting Mills, Inc. a corporation, now known as Delta Apparel, Inc. a Georgia corporation; McGregor-Doniger, Inc., a corporation, and John Doe No.'s 1 through John Doe No. 8, real names unknown, Defendants." (the "Lawsuit"). The Lawsuit was dismissed on summary judgement prior to any such expenses being incurred. The matter is on appeal. The $5,000.00 is available for use by the ward.

FILED
CUMING COUNTY, NE

AUG – 3 2005

SANDY MEYER
CLERK OF COUNTY COURT

2.      Jeff owes state taxes for the years 2002 and 2004 in the approximate amounts of $241.67 and $184.00 respectively. Jeff owes federal taxes for the years 2002, 2003, and 2004 in the approximate amounts of $764.42, 679.00 and 583.00 respectively.

3.      Jeff owes restitution and fines arising out of a Cuming County criminal charge in the amount of $1,790.02. Jeff owes $589.00 in attorney fees and costs to Daniel P. Bracht arising out of that same criminal matter.

4.      Jeff is receiving community based living assistance from the Nebraska Health and Human Services Agency. Jeff has been receiving that assistance for a number of months. Jeff is charged a fluctuating amount of approximately $987.29 per month for such services, as evidenced by the statement for June, 2005 attached hereto. The services provided to Jeff assist him in seeking employment and in developing living skills intended to assist him in independent living.

5.      The amounts incurred for the community based living assistance are expected to continue on a monthly basis for an indefinite time into the future.

6.      Jeffery Marksmeier hereby requests that the sum requested herein be paid over to Conservators for the payment of the items listed above, or directly to the providers and other creditors entitled thereto.

WHEREFOR, the undersigned applicants desire to obtain an order allowing them to obtain the $5,000.00 held in the Trust Account of Daniel P. Bracht, P.C., L.L.O. and in other accounts of the ward, for use in accordance with the statements in this Application and as may be ordered by this Court.

Dated this 3 day of August, 2005.



FILED
CUMING COUNTY, NE

AUG – 3 2005

SANDY MEYER
CLERK OF COUNTY COURT

Jeffery Marksmeier, by his Co Conservators,
Beth Boston and Harlan Boston,

By: *Daniel P. Bracht*

Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht P.C., L.L.O.
127 E. Walnut St, P.O. Box 252
West Point, NE 68788
(402) 372-5500

## NOTICE OF HEARING

The Application for Order Allowing Withdrawal of Funds will come on for hearing on August 10, 2005 at 3:45 p.m., before the County Court Judge, in the County Court Courtroom of Cuming County, third floor Cuming County Courthouse, 200 South Lincoln Street, in West Point, Nebraska, or as soon as the parties may be heard. Those having any opposition or objection to the proposed transfer of funds may appear at that time and place and present such objections to the Court.

*Daniel P. Bracht*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing Application for Order Allowing Withdrawal of Funds and Notice of Hearing was served upon Nebraska Energy Federal Credit Union, 1414 15th Street, P.O. Box 499, Columbus, NE 68602, Beth Boston, 419 Oak Street, Clarkson, NE 68629, Harlan Boston, 450 S River Street, West Point, NE 68788, Jeffery Marksmeier, 617 8th Street, P.O. Box 854, Wisner, NE 68791, James Marksmeier, 617 8th Street, P.O. Box 854, Wisner, NE 69791, and Allan Caldwell, Koch Industries, Inc., P.O. Box 2256, Wichita, KS 67201-2256 this ___3rd___ day of August, 2005, by United States first class mail, postage prepaid.

*Daniel P. Bracht*

FILED
CUMING COUNTY, NE

AUG - 3 2005

SANDY MEYER
CLERK OF COUNTY COURT

MAIL PAYMENT TO:
NEBRASKA HEALTH AND HUMAN SERVICES SYSTEM
DEPARTMENT OF FINANCE AND SUPPORT
FINANCIAL RESPONSIBILITY DIVISION
P.O. BOX 98936
LINCOLN, NE 68509-8936

## STATEMENT – 06/30/2005

DDD COMMUNITY BASED SERVICES FOR:
Client Name: JEFFREY J MARKSMEIER
Client Name:
Account Name: JEFFREY J MARKSMEIER
Account #: 95437004

Amount Paid $ _____
(Make checks payable to NE Health & Human Services System)

JEFFREY J MARKSMEIER
639 V RD
WISNER NE 68791

### Account Activity Since Last Statement

| DATE | DESCRIPTION | CHARGE | BALANCE |
|------|-------------|--------|---------|
| | | PRIOR BALANCE | $726.84 |
| 06/30/2005 | MONTHLY AMOUNT DUE | $987.29 | |
| | | NEW BALANCE | $1,714.13 |



```
          FILED
   CUMING COUNTY, NE

      AUG – 3 2005

       SANDY MEYER
   CLERK OF COUNTY COURT
```

THIS IS YOUR BALANCE DUE AS OF THE DATE SHOWN ABOVE. PAYMENTS RECEIVED AFTER THIS DATE WILL BE REFLECTED ON YOUR NEXT STATEMENT. ALL ACCOUNTS ARE DUE 30 DAYS FOLLOWING STATEMENT DATE.

FOR YOUR INFORMATION, PLEASE SEE THE REVERSE SIDE FOR THE ACTUAL MONTHLY COSTS TO THE STATE OF NEBRASKA FOR SERVICES PROVIDED.

78305534

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

IN THE MATTER OF THE ) No. PR 01-22
CONSERVATORSHIP FOR )
)  ORDER APPROVING APPLICATION
)  FOR ORDER ALLOWING TRANSFER
JEFFERY J. MARKSMEIER, )  OF FUNDS
a child under nineteen years of age. )

This matter came on for hearing on February 3, 2004, on the Application for Order Allowing

Transfer of Funds filed by the Co-conservators (the "Application"). Daniel P. Bracht appeared on

behalf of Jeffery J. Marksmeier and the Co-conservators. There were no other appearances. Upon

consideration of the Application, and the court file in this matter, the Court finds as follows:

   1.   Beth Boston and Harlan Boston are the duly appointed and acting Co-conservators

for the minor child, Jeffery Marksmeier.

   2.   That the notice of the hearing on the Application was sent to all interested parties.

   3.   Jeffery J. Marksmeier, the protected person, is twenty years old and has joined in the

relief requested in the Application.

   4.   The relief requested in the Application is in all respects appropriate and in the best

interest of the protected person, Jeffery J. Marksmeier, and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

   i)    the Co-conservators are hereby authorized to withdraw $5,000.00 currently held by

         the Co-conservators for the protected person in the Nebraska Energy Federal Credit

         Union, P.O. Box 499, Columbus, NE 68602-0499;

   ii)   the Co-conservators are authorized and directed to deposit the $5,000.00 withdrawn

         from the Nebraska Energy Federal Credit Union, P.O. Box 499, Columbus, NE

         68602-0499, in the attorney trust account of Daniel P. Bracht;

FILED
CUMING COUNTY, NE

FEB - 3 2004

SANDY MEYER
CLERK OF COUNTY COURT

iii)     any withdrawals or transfers of the funds so deposited in the trust account of Daniel P. Bracht shall be used only to pay retainer fees and consultation fees to experts and pay for time and expenses incurred by the expert in rendering opinions to or on behalf of Jeffery Marksmeier in the litigation described in the Application;

iv)     any unused portion of the funds transferred herein, if any, shall be retained in the trust account of Daniel P. Bracht pending further order of the court;

v)     no amount from the transferred funds will be used to pay for any attorney fees of Daniel P. Bracht;

vi)     no amount from the transferred funds will be used to pay for any attorney costs and expenses of Daniel P. Bracht incurred in the litigation described in the Application and separate application shall be made in the event such costs and expenses are requested.

Dated this ⅔ day of February, 2004.

BY THE COURT

_____
County Judge

PREPARED AND SUBMITTED BY:
Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht, P.C., L.L.O.
127 E. Walnut St., P.O. Box 252
West Point, NE 68788
(402) 372-5500

```
FILED
CUMING COUNTY, NE

FEB - 3 2004

SANDY MEYER
CLERK OF COUNTY COURT
```

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | APPLICATION FOR ORDER ALLOWING |
| JEFFERY MARKSMEIER. | ) | WITHDRAWAL OF FUNDS |

COMES NOW the co-conservators duly appointed herein, and make application for an order of this court allowing them to withdraw funds of the ward, Jeffery Marksmeier, in the amount of $5,000.00 from Nebraska Energy Federal Credit Union, P.O. Box 499, Columbus, NE 68602-0499 in order to retain, consult with and pay for expert witness fees and expenses in the litigation pending in the District Court of Cuming County, Nebraska found at Case No. CI 03-42 and captioned "Jeffery J. Marksmeier, Beth Boston, and Harlan Boston, Plaintiffs, vs. McGregor Corporation, a corporation, now known as McGregor II, L.L.C., a Delaware limited liability company; Standard Knitting Mills, Inc. a corporation, now known as Delta Apparel, Inc. a Georgia corporation; McGregor-Doniger, Inc., a corporation, and John Doe No.'s 1 through John Doe No. 8, real names unknown, Defendants."

In support of said application, the undersigned state as follows:

1.  The attorney for Jeffery Marksmeier desires to be able to confer and consult with various medical and other experts and potential experts with regard to issues pending in the above described lawsuit. In order to do so, Jeffery Marksmeier will be required to pay retainer fees and consultation fees to such experts and pay for time and expenses incurred by the expert in rendering opinions to or on behalf of Jeffery Marksmeier.

2.  The attorney for Jeffery Marksmeier desires not to name the individual experts at issue in this Application in order to preserve the attorney-client privilege and the

FILED
CUMING COUNTY, NE

JAN 2 8 2004

SANDY MEYER
CLERK OF COUNTY COURT

attorney work product doctrine protections from disclosure to outside third parties until such time as required by the applicable Nebraska Discovery Rules as part of the above described litigation.

3.    Jeffery Marksmeier hereby requests that the sum requested herein be paid over to the Trust Account of Daniel P. Bracht for use as described herein.

4.    Daniel P. Bracht hereby represents and agrees that no amount from the requested funds will be used to pay for any attorney fees of Daniel P. Bracht.

5.    Daniel P. Bracht hereby represents and agrees that no amount from the requested funds will be used to pay for any attorney costs and expenses of Daniel P. Bracht incurred in the above described litigation and that separate application shall be made in the event such costs and expenses are requested.

6.    Jeffery Marksmeier is 20 years of age.

7.    The funds requested will be used to pursue the interest of Jeffery Marksmeier in the above described lawsuit and it is in his best interest that the funds be paid over as requested herein.

8.    Any unused portion of the funds requested herein, if any, shall be retained in the trust account of Daniel P. Bracht pending further order of the court.

9.    Pursuant to this court's previous orders in this proceeding, no transfer or payments may be made from the conservator controlled accounts without prior court approval.

WHEREFOR, the undersigned applicants desire to obtain an order allowing them to withdraw $5,000.00 for payment over to the Trust Account of Daniel P. Bracht for use in accordance with the statements in this Application and as may be ordered by this Court.

Dated this 28th day of January, 2004.

FILED
CUMING COUNTY, NE

JAN 2 8 2004

SANDY MEYER
CLERK OF COUNTY COURT

Jeffery Marksmeier, by his Co Conservators,
Beth Boston and Harlan Boston,

By:   *Daniel P. Bracht*
     Daniel P. Bracht, 19501
     Law Offices of Daniel P. Bracht P.C., L.L.O.
     127 E. Walnut St, P.O. Box 252
     West Point, NE 68788
     (402) 372-5500

*Jeff Marksmeier*
Jeffery Marksmeier

*Beth C Boston*
Beth Boston, Co-Conservator

*Harlan E Boston*
Harlan Boston, Co-Conservator

## NOTICE OF HEARING

The Application for Order Allowing Withdrawal of Funds will come on for hearing on February 3, 2004, at 3:30 p.m., before the County Court Judge, in the County Court Courtroom of Cuming County, third floor Cuming County Courthouse, 200 South Lincoln Street, in West Point, Nebraska, or as soon as the parties may be heard. Those having any opposition or objection to the proposed transfer of funds may appear at that time and place and present such objections to the Court.

*Daniel P. Bracht*

CUMING COUNTY, NE

JAN 2 8 2004

SANDY DIETER
CLERK OF COUNTY COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing Application for Order Allowing Withdrawal of Funds and Notice of Hearing was served upon Nebraska Energy Federal Credit Union, 1414 15th Street, P.O. Box 499, Columbus, NE 68602, Beth Boston, 213 Fraiser, P.O. Box 73, Beemer, NE 68716, Harlan Boston, 450 S River Street, West Point, NE 68788, Jeffery Marksmeier, 617 8th Street, P.O. Box 854, Wisner, NE 68791, James Marksmeier, 617 8th Street, P.O. Box 854, Wisner, NE 69791, and Allan Caldwell, Koch Industries, Inc., P.O. Box 2256, Wichita, KS 67201-2256 this ___ day of January, 2004, by United States first class mail, postage prepaid.

_Daniel P. Bracht_

FILED
CUMING COUNTY, NE

JAN 2 8 2004

SANDY LESSER
CLERK OF COUNTY COURT

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | ORDER APPROVING APPLICATION |
| | ) | FOR ORDER ALLOWING TRANSFER |
| JEFFERY J. MARKSMEIER, | ) | OF FUNDS |
| a child under nineteen years of age. | ) | |

This matter came on for hearing on March 20, 2002, on the Application for Order Allowing Transfer of Funds filed by the Co-conservators (the "Application"). Daniel P. Bracht appeared on behalf of Jeffery J. Marksmeier and the Co-conservators. There were no other appearances. Upon consideration of the Application, and the court file in this matter, the Court finds as follows:

1.      Beth Boston and Harlan Boston are the duly appointed and acting Co-conservators for the minor child, Jeffery Marksmeier.

2.      That the notice of the hearing on the Application was sent to all interested parties.

3.      The relief requested in the Application is in all respects appropriate and in the best interest of the protected person, Jeffery J. Marksmeier, and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

i)      the Co-conservators are hereby authorized to withdraw all amounts currently held by the Co-conservators for the protected person in the Farmers & Merchants National Bank in West Point, Nebraska;

ii)     the Co-conservators are authorized and directed to deposit all amounts withdrawn from the Farmers & Merchants National Bank in West Point, Nebraska, in an account, or accounts, or certificates of deposit with the Nebraska Energy Federal Credit Union, Columbus, Nebraska, which are subject to this Court's order restricting further withdrawals or transfers from the account or accounts of

CUMING COUNTY, NE

MAR 2 0 2002

SANDY MEYER
CLERK OF COUNTY COURT

certificates of deposit; all accounts shall be insured above the amounts of the deposit or equal thereto.

iii)     no withdrawals or transfers of the funds so deposited shall be made without the prior

approval of the Court, after a hearing and notice to the interested parties.

Dated this 20th day of March, 2002.

BY THE COURT

_____
County Judge

PREPARED AND SUBMITTED BY:
Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht
127 W. Bridge St, P.O. Box 252
West Point, NE 68788
(402) 372-5500

IN THE COUNTY COURT OF CUMING COUNTY, NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | No. PR 01-22 |
| CONSERVATORSHIP FOR | ) | |
| | ) | APPLICATION FOR ORDER ALLOWING |
| JEFFERY MARKSMEIER. | ) | TRANSFER OF FUNDS |

COMES NOW the co-conservators duly appointed herein, and make application for an order

of this court allowing them to transfer the remaining funds of the ward, Jeffery Marksmeier, from

Farmers & Merchants National Bank, account number 00221N508, to a similarly restricted interest

bearing accounts or certificate of deposits with Nebraska Energy Federal Credit Union, P.O. Box

499, Columbus, NE 68602-0499.

In support of said application, the undersigned state as follows:

1.      The amount currently held in Farmers & Merchants National Bank under a restricted

transfer account is $241,518.00, as of February 28, 2002.

2.      Pursuant to this court's order in this proceeding, no transfer or payments may be

made from this account without prior court approval.

3.      This account pays interest at the rate of 1.50% per year.

4.      The interest bearing accounts and certificates of deposit at Nebraska Energy Federal

Credit Union pay higher rates of interest. The Co-conservators believe it is in the

best interest of the ward that the funds currently held be transferred into higher

interest bearing accounts.

5.      The Co-conservators would like to obtain accounts bearing higher yielding interest

rates for the benefit of the ward.

6.      Pursuant to this court's prior orders, consent of the court, after notice to the

interested parties must be obtained prior to any transfer.

FILED
CUMING COUNTY, NE

MAR 1 4 2002

SANDY MEYER
CLERK OF COUNTY COURT

WHEREFOR, the undersigned applicants desire to obtain an order allowing them to transfer the funds into interest bearing accounts or certificates of deposit with Nebraska Energy Federal Credit Union in order to obtain higher interest returns for the ward, under the same transfer restrictions as are currently in place.

Dated this _14th_ day of March, 2002.

Jeffery Marksmeier, by his Co Conservators,
Beth Boston and Harlan Boston,

By:  _Daniel P. Bracht_

Daniel P. Bracht, 19501
Law Offices of Daniel P. Bracht
127 E. Walnut St, P.O. Box 252
West Point, NE 68788
(402) 372-5500

## NOTICE OF HEARING

The Application for Order Allowing Transfer of Funds of the Co-Conservators will come on for hearing on March 20, 2002, at 2:30 p.m., before the County Court Judge, in the County Court Courtroom of Cuming County, third floor Cuming County Courthouse, 200 South Lincoln Street, in West Point, Nebraska, or as soon as the parties may be heard.

Those having any opposition or objection to the proposed transfer of funds may appear at that time and place and present such objections to the Court.

_Daniel P. Bracht_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing Application for Order Allowing Transfer of Funds and Notice of Hearing were served upon Allan Caldwell, Koch Industries, Inc., P.O. Box 256, Wichita, KS 67201, Beth Boston, P.O. Box 73, Beemer, NE 68716, Harlan Boston, 450 S River Street, West Point, NE 68788, Jeffery Marksmeier, P.O. Box 73, Beemer, NE 68716 and James Marksmeier, P.O. Box 804, Wisner, NE 69791, this _14th_ day of March, 2002, by United States first class mail, postage prepaid.

FILED
CUMING COUNTY, NE

MAR 14 2002

SANDY MEYER

_Daniel P. Bracht_