IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFERY MARKSMEIER, | ) | |
| Plaintiff, | ) | 4:06cv3038 |
| v. | ) | |
| KOCH INDUSTRIES, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 20, 2006, file their Report of Parties' Planning Conference.

DATED March 2, 2006.

/s/ David L. Piester
United States Magistrate Judge