```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| IN THE MATTER OF THE ) | | 4:06CV3038 |
| CONSERVATORSHIP FOR JEFFERY ) | | |
| MARKSMEIER. ) | | ORDER |
| ) | | |

IT IS ORDERED:

The parties' stipulation, filing 7, is approved and this case is stayed for a period of sixty days from today's date. At the end of the stay, the parties shall inform the undersigned by letter of the status of their settlement agreement and whether or not an additional stay is necessary.

DATED this 22nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge